**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7615**

JONATHAN TORRES,

              Plaintiff – Appellant,

        v.

V.B.C.C., Jail; KEN STOLEY, Sheriff,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:14-cv-00897-GBL-JFA)

Submitted:  March 20, 2015          Decided:  April 8, 2015

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Torres, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Torres appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint pursuant to Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Torres v. V.B.C.C., Jail, No. 1:14-cv-00897-GBL-JFA (E.D. Va. Oct. 7, 2014). We deny Torres' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED